C. B. Van Zee, appellee, v. Chicago Body & Equipment Company, appellant. Gen. No. 35,122.

Opinion filed June 22, 1931.

John E. McCoy, for appellant; Herbert Bebb, of counsel. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Valarie Morris, appellee, v. Claude W. Morris, appellant. Gen. No. 35,155.

Opinion filed June 22, 1931.

Harold Engstrom, for appellant. Petit, Olin & Overmyer, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Thomas R. Finley, appellee, v. Carlos Ames et al., appellants. Gen. No. 35,178.

Opinion filed June 22, 1931.

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. Daniel F. Murphy, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois ex rel. Leo H. Lowe, director of trade and commerce of the State of Illinois et al., complainants, v. Marquette National Fire Insurance Company et al., defendants, on appeal of H. U. Bailey, as liquidator of the Marquette National Fire Insurance Company, appellant. Gen. No. 34,788.

O'Connor, P. J., dissents. Opinion filed June 22, 1931.

Schuyler, Dunbar & Weinfeld, for appellant; Cairo A. Trimble, Edward J. Hennessy and C. Ernest Heaton, of counsel. Silber, Isaacs, Silber & Woley and W. Rufus Kendall, for appellees; Samuel Levin, W. Rufus Kendall and Norman A. Miller, of counsel.

Mr. Justice Matchett delivered the opinion of the court.